**EXHIBIT 2:** INFRINGEMENT

URL: https://useline.com/blog/web-stories/bill-cosby-net-worth-2022-who-are-5-women-sue-sexual-assault/

