**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT
URL: https://nypost.com/2021/07/02/bill-cosby-cherry-picks-andrea-constand-quotes-to-back-up-claims-of-innocence/




Bill Cosby tweeted out cherry-picked quotes from accuser Andrea Constand to again claim his "innocence" and gripe about being a victim of the press.
Stephen Yang for NY Post

Bill Cosby has tweeted out cherry-picked quotes from sex-