1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN YANG, | Case No. 4:23-cv-03265-HSG |
| Plaintiff, | Assigned for All Purposes to the Honorable Haywood S. Gilliam, Jr. |
| v. | Action Filed: June 30, 2023 |
| LINE FINANCIAL HEALTH NETWORK, | |
| Defendant. | **ORDER GRANTING JOINT STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |

**FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

The joint stipulation filed by Plaintiff Creative Photographers, Inc. and Defendant Line Financial Health Network by and through their counsel on October 26, 2023, seeking to set aside the entry of default entered against Defendant is GRANTED.

Having considered the stipulation and for good cause shown, the stipulation is GRANTED as follows:

(1) the Clerk's Entry of Default against Defendant entered on August 15, 2023 is set aside;

(2) Defendant shall respond to the complaint within 14 days of this order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/27/2023			BY:	*Haywood S. Gilliam Jr.*

Honorable Haywood S. Gilliam, Jr.
United States District Judge