UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YANG,<br><br>        Plaintiff,<br><br>v.<br><br>LINE FINANCIAL HEALTH NETWORK,<br><br>        Defendant. | Case No. 23-cv-03265-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on December 12, 2023. Having considered the parties' proposal, *see* Dkt. No. 20, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 12, 2024 |
| Close of Fact Discovery | May 24, 2024 |
| Exchange of Opening Expert Reports | June 14, 2024 |
| Exchange of Rebuttal Expert Reports | July 12, 2024 |
| Close of Expert Discovery | August 2, 2024 |
| Dispositive Motion Hearing Deadline | October 3, 2024, at 2:00 p.m. |
| Pretrial Conference | January 14, 2025, at 3:00 p.m. |
| Jury Trial (3 days) | February 3, 2025, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 12/13/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge