UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephen Yang,<br><br>Plaintiff,<br><br>v.<br><br>Line Financial Health Network,<br><br>Defendant. | Case No. 4:23-cv-03265-HSG<br><br>**ORDER ON PLAINTIFF'S REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 9, 2024**<br>(as modified) |

On July 2, 2024, Plaintiff Stephen yang ("*Plaintiff*") moved this honorable Court continue the Case Management Conference to a date after July 10, 2024.

**IT IS HEREBY ORDERED** that the Case Management Conference will be scheduled for July 16, 2024 at 2:00 p.m. via phone. The dial-in information and instructions remain the same as previously provided in docket no. 7.

IT IS SO ORDERED.

Dated: 7/2/2024

HON. Haywood S. Gilliam, Jr.
United States Judge